# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**JANET F. ADKINS,**

     Plaintiff,

                                         **CASE NO.     3:11-cv-009**

**-vs-**

                                         **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

     Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

     **[  ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Court **ORDERED** the ALJ's decision **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case be **CLOSED**.

Date:   November 15, 2011                **JAMES BONINI, CLERK**

                                         By: s/ M. Rogers_____
                                         Deputy Clerk