# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JANET F. ADKINS,**

   Plaintiff,

                                       **CASE NO.    3:11-cv-009**

**-vs-**                                         **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Court **ORDERED** the ALJ's decision **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case be **CLOSED**.

Date:  November 15, 2011                    **JAMES BONINI, CLERK**

                                                      By: <u>s/ M. Rogers</u>
                                                        Deputy Clerk